IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No.  12-0013SWH-01/02

AMADOR PRADO
JUAN RAMIREZ-ROSAS

AUSA: Brent Venneman
Defense Atty.: No counsel present

| Judge | **Robert E. Larsen**<br>United States Magistrate Judge for Judge Sarah W. Hays | Date and Time | **January 13, 2012**<br>2:45 to 3:00 p.m. |
|---|---|---|---|
| Deputy Clerk | Bonnie J. Rowland | Tape/Reporter | FTR / B. Rowland |
| Interpreter | Marcela Renna for defendant Ramirez-Rosas | Pretrial/Prob: | Steve P. Lysaught for Nick Zych - 01 & Van Hecke - 02 |

# Clerk's Minutes

1ST APPEARANCE COMPLAINT

( ) Warrant issued        ( x ) No warrant issued        Date Filed: Jan. 13, 2012

( x )  Custody Assumed
(   )  Voluntarily Surrendered

Date:  Friday, January 13, 2012            Place:  KCMO

Defendant advised:
1. Of the charge in the complaint and the contents of the affidavit;
2. That he/she is not required to make any statement and that any statement made by him/her may be used against him in Court;
3. Of his/her right to retain counsel and to request assignment of counsel if unable to obtain counsel;
4. Of his/her right to a preliminary examination (including nature and scope) and of his/her right to waive same; and
5. Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he is a flight risk or a danger to persons or the community.

( x )  Preliminary examination set for **Wednesday, January 18, 2012 @ 3:30 p.m. before Judge**

**Sarah W. Hays**

BAIL

( x ) Bail not set;  Motion for detention hearing and for continuance of hearing filed by Government.
( x ) Motion for pretrial detention hearing and for continuance of hearing granted; defendant temporarily detained pending detention hearing set for **Wednesday, January 18, 2012 @ 3:30 p.m. before Judge Sarah W. Hays**

COUNSEL

( x ) On January 13, 2012, defendants sworn and examined as to his/her financial ability to employ counsel.  Information recorded on Affidavit of Financial Status.

    ( x ) Federal Public Defender appointed as to Amador Prado
    ( x ) CJA counsel to be appointed as to Juan Ramirez-Rosas